# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| ANTOINETTE KENNER, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>ETOURANDTRAVEL, INC.,<br><br>　　　　　Defendant. | CASE NO. 1:16-cv-00426<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

So Ordered

s/Carol Bagley Amon

3/20/16

1

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff hereby voluntarily dismisses this action with prejudice. Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Therefore, this matter may be dismissed without prejudice and without an order of the Court.

Dated: March 17, 2016

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s *Joshua D. Arisohn*
Joshua D. Arisohn

Scott A. Bursor
Joseph I. Marchese
Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: scott@bursor.com
jmarchese@bursor.com
jarisohn@bursor.com

*Attorneys for Plaintiff*